McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00468-GEB-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| 2003 HARLEY DAVIDSON | ) | TIME FOR FILING A COMPLAINT FOR |
| MOTORCYCLE, VIN: | ) | FORFEITURE AND/OR TO OBTAIN AN |
| 1HD1DJV503Y615641, | ) | INDICTMENT ALLEGING FORFEITURE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the United States of America and claimant Daryl Summerfield ("claimant"), by and through their respective attorneys, as follows:

1.  On or about December 18, 2006, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the 2003 HARLEY DAVIDSON MOTORCYCLE, VIN: 1HD1DJV503Y615641 (the "motorcycle"), which was seized on or about October 5, 2006.

2.  The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to

1  file a claim to the motorcycle under 18 U.S.C. § 983(a)(2)(A)-(E),
2  and no person other than the claimant has filed a claim to the
3  motorcycle as required by law in the administrative forfeiture
4  proceeding.
5        3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
6  required to file a complaint for forfeiture against the motorcycle
7  and/or to obtain an indictment alleging that the motorcycle is
8  subject to forfeiture within 90 days after a claim has been filed
9  in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.
12       4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
13 by agreement to extend to May 31, 2007, the time in which the
14 United States is required to file a civil complaint for forfeiture
15 against the motorcycle and/or to obtain an indictment alleging
16 that the motorcycle is subject to forfeiture.
17       5.   Accordingly, the parties agree that the deadline by which
18 the United States shall be required to file a complaint for
19 forfeiture against the motorcycle and/or to obtain an indictment
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 //
28 /

1 alleging that the motorcycle is subject to forfeiture shall be
2 extended to May 31, 2007.

```
                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Anne Pings
DATE:    3/7/07                     _____
                                    ANNE E. PINGS
                                    Assistant U.S. Attorney



                                    /s/ Colin Cooper
                                    Original signature on file with AUSA
DATE:    3/7/07                     _____
                                    COLIN L. COOPER
                                    Attorney for Claimant Summerfield
```

**IT IS SO ORDERED.**

Dated:   March 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-