1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2785

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )      2:07-CV-00468-GEB-EFB
                                  )
12           Plaintiff,           )
                                  )
13      v.                        )
                                  )      STIPULATION AND ORDER EXTENDING
14 2003 HARLEY DAVIDSON           )      TIME FOR FILING A COMPLAINT FOR
   MOTORCYCLE, VIN:               )      FORFEITURE AND/OR TO OBTAIN AN
15 1HD1DJV503Y615641,             )      INDICTMENT ALLEGING FORFEITURE
                                  )
16           Defendant.           )
                                  )
17 _____  )

18      It is hereby stipulated by and between the United States of

19 America and claimant Daryl Summerfield ("claimant"), by and

20 through their respective attorneys, as follows:

21      1.  On or about December 18, 2006, claimant filed a claim, in

22 the administrative forfeiture proceedings, with the Internal

23 Revenue Service with respect to the 2003 HARLEY DAVIDSON

24 MOTORCYCLE, VIN: 1HD1DJV503Y615641 (the "motorcycle"), which was

25 seized on or about October 5, 2006.

26      2.  The Internal Revenue Service has sent the written notice

27 of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all

28 known interested parties.  The time has expired for any person to

1  file a claim to the motorcycle under 18 U.S.C. § 983(a)(2)(A)-(E),

2  and no person other than the claimant has filed a claim to the

3  motorcycle as required by law in the administrative forfeiture

4  proceeding.

5       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is

6  required to file a complaint for forfeiture against the motorcycle

7  and/or to obtain an indictment alleging that the motorcycle is

8  subject to forfeiture within 90 days after a claim has been filed

9  in the administrative forfeiture proceedings, unless the court

10 extends the deadline for good cause shown or by agreement of the

11 parties.

12      4.   By Stipulation and Order filed March 12, 2007, the

13 parties stipulated to extend to May 31, 2007, the time in which

14 the United States is required to file a civil complaint for

15 forfeiture against the motorcycle and/or to obtain an indictment

16 alleging that the motorcycle is subject to forfeiture.

17      5.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish

18 by agreement to further extend to July 31, 2007, the time in which

19 the United States is required to file a civil complaint for

20 forfeiture against the motorcycle and/or to obtain an indictment

21 alleging that the motorcycle is subject to forfeiture.

22      6.   Accordingly, the parties agree that the deadline by which

23 the United States shall be required to file a complaint for

24 forfeiture against the motorcycle and/or to obtain an indictment

25 ///

26 ///

27 ///

28 ///

-2-

1  alleging that the motorcycle is subject to forfeiture shall be

2  extended to July 31, 2007.

3

4                                        McGREGOR W. SCOTT
                                         United States Attorney
5

6

7  DATE: 5/16/07                         /s/ Anne Pings
                                         ANNE E. PINGS
8                                        Assistant U.S. Attorney

9

10

11  DATE: 5/15/07                        /s/ Colin L. Cooper
                                         COLIN L. COOPER
12                                       Attorney for Claimant Summerfield

13                                       (Original signature retained by
                                         attorney)
14

15      **IT IS SO ORDERED.**

16  Dated:  May 17, 2007

17

18  GARLAND E. BURRELL, JR.
    United States District Judge
19

20

21

22

23

24

25

26

27

28

-3-