McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00468-GEB-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| 2003 HARLEY DAVIDSON | ) | TIME FOR FILING A COMPLAINT FOR |
| MOTORCYCLE, VIN: | ) | FORFEITURE AND/OR TO OBTAIN AN |
| 1HD1DJV503Y615641, | ) | INDICTMENT ALLEGING FORFEITURE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the United States of America and claimant Daryl Summerfield ("claimant"), by and through their respective attorneys, as follows:

1.  On or about December 18, 2006, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the 2003 HARLEY DAVIDSON MOTORCYCLE, VIN: 1HD1DJV503Y615641 (the "motorcycle"), which was seized on or about October 5, 2006.

2.  The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to

1  file a claim to the motorcycle under 18 U.S.C. § 983(a)(2)(A)-(E),
2  and no person other than the claimant has filed a claim to the
3  motorcycle as required by law in the administrative forfeiture
4  proceeding.
5       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
6  required to file a complaint for forfeiture against the motorcycle
7  and/or to obtain an indictment alleging that the motorcycle is
8  subject to forfeiture within 90 days after a claim has been filed
9  in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.
12      4.   By Stipulation and Order filed March 12, 2007, the
13 parties stipulated to extend to May 31, 2007, the time in which
14 the United States is required to file a civil complaint for
15 forfeiture against the motorcycle and/or to obtain an indictment
16 alleging that the motorcycle is subject to forfeiture.
17      5.   By Stipulation and Order filed May 18, 2007, the parties
18 stipulated to extend to July 31, 2007, the time in which the
19 United States is required to file a civil complaint for forfeiture
20 against the motorcycle and/or to obtain an indictment alleging
21 that the motorcycle is subject to forfeiture.
22      6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
23 by agreement to further extend to October 29, 2007, the time in
24 which the United States is required to file a civil complaint for
25 forfeiture against the motorcycle and/or to obtain an indictment
26 alleging that the motorcycle is subject to forfeiture.
27      7.   Accordingly, the parties agree that the deadline by which
28 the United States shall be required to file a complaint for

1  forfeiture against the motorcycle and/or to obtain an indictment
2  alleging that the motorcycle is subject to forfeiture shall be
3  extended to October 29, 2007.

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: 7/11/07                           /s/ Anne E. Pings
                                        ANNE E. PINGS
                                        Assistant U.S. Attorney



DATE: 7/10/07                           /s/ Colin L. Cooper
                                        COLIN L. COOPER
                                        Attorney for Claimant Summerfield

                                        (Original signature retained by
                                        attorney)

   **IT IS SO ORDERED.**

Dated: July 11, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

-3-