McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00468-GEB-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| 2003 HARLEY DAVIDSON MOTORCYCLE, VIN: 1HD1DJV503Y615641, | ) | TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| Defendant. | ) | |

It is hereby stipulated by and between the United States of America and claimant Daryl Summerfield ("claimant"), by and through their respective attorneys, as follows:

1. On or about December 18, 2006, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the 2003 HARLEY DAVIDSON MOTORCYCLE, VIN: 1HD1DJV503Y615641 (the "motorcycle"), which was seized on or about October 5, 2006.

2. The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to

1  file a claim to the motorcycle under 18 U.S.C. § 983(a)(2)(A)-(E),
2  and no person other than the claimant has filed a claim to the
3  motorcycle as required by law in the administrative forfeiture
4  proceeding.
5       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
6  required to file a complaint for forfeiture against the motorcycle
7  and/or to obtain an indictment alleging that the motorcycle is
8  subject to forfeiture within 90 days after a claim has been filed
9  in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.
12      4.   By Stipulation and Order filed March 12, 2007, the
13 parties stipulated to extend to May 31, 2007, the time in which
14 the United States is required to file a civil complaint for
15 forfeiture against the motorcycle and/or to obtain an indictment
16 alleging that the motorcycle is subject to forfeiture.
17      5.   By Stipulation and Order filed May 18, 2007, the parties
18 stipulated to extend to July 31, 2007, the time in which the
19 United States is required to file a civil complaint for forfeiture
20 against the motorcycle and/or to obtain an indictment alleging
21 that the motorcycle is subject to forfeiture.
22      6.   By Stipulation and Order filed July 12, 2007, the parties
23 stipulated to extend to October 29, 2007, the time in which the
24 United States is required to file a civil complaint for forfeiture
25 against the motorcycle and/or to obtain an indictment alleging
26 that the motorcycle is subject to forfeiture.
27      7.   By Stipulation and Order filed October 22, 2007, the
28 parties stipulated to extend to January 28, 2008, the time in

1  which the United States is required to file a civil complaint for
2  forfeiture against the motorcycle and/or to obtain an indictment
3  alleging that the motorcycle is subject to forfeiture.
4      8.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
5  by agreement to further extend to April 28, 2008, the time in
6  which the United States is required to file a civil complaint for
7  forfeiture against the motorcycle and/or to obtain an indictment
8  alleging that the motorcycle is subject to forfeiture.
9      9.  Accordingly, the parties agree that the deadline by which
10 the United States shall be required to file a complaint for
11 forfeiture against the motorcycle and/or to obtain an indictment
12 alleging that the motorcycle is subject to forfeiture shall be
13 extended to April 28, 2008.

McGREGOR W. SCOTT
United States Attorney

DATE: 1/10/08                    /s/ Anne E. Pings
                                 ANNE E. PINGS
                                 Assistant U.S. Attorney


DATE: 1/8/08                     /s/ Colin L. Cooper
                                 COLIN L. COOPER
                                 Attorney for Claimant Summerfield

                                 (Original signature retained by
                                 counsel)

**IT IS SO ORDERED.**

Dated:   January 11, 2008

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

-3-