McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00468-GEB-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| 2003 HARLEY DAVIDSON | ) | TIME FOR FILING A COMPLAINT FOR |
| MOTORCYCLE, VIN: | ) | FORFEITURE AND/OR TO OBTAIN AN |
| 1HD1DJV503Y615641, | ) | INDICTMENT ALLEGING FORFEITURE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the United States of America and claimant Daryl Summerfield ("claimant"), by and through their respective attorneys, as follows:

1.  On or about December 18, 2006, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the 2003 HARLEY DAVIDSON MOTORCYCLE, VIN: 1HD1DJV503Y615641 (the "motorcycle"), which was seized on or about October 5, 2006.

2.  The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to

1  file a claim to the motorcycle under 18 U.S.C. § 983(a)(2)(A)-(E),
2  and no person other than the claimant has filed a claim to the
3  motorcycle as required by law in the administrative forfeiture
4  proceeding.

5      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
6  required to file a complaint for forfeiture against the motorcycle
7  and/or to obtain an indictment alleging that the motorcycle is
8  subject to forfeiture within 90 days after a claim has been filed
9  in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.

12     4.  By Stipulation and Order filed March 12, 2007, the
13 parties stipulated to extend to May 31, 2007, the time in which
14 the United States is required to file a civil complaint for
15 forfeiture against the motorcycle and/or to obtain an indictment
16 alleging that the motorcycle is subject to forfeiture.

17     5.  By Stipulation and Order filed May 18, 2007, the parties
18 stipulated to extend to July 31, 2007, the time in which the
19 United States is required to file a civil complaint for forfeiture
20 against the motorcycle and/or to obtain an indictment alleging
21 that the motorcycle is subject to forfeiture.

22     6.  By Stipulation and Order filed July 12, 2007, the parties
23 stipulated to extend to October 29, 2007, the time in which the
24 United States is required to file a civil complaint for forfeiture
25 against the motorcycle and/or to obtain an indictment alleging
26 that the motorcycle is subject to forfeiture.

27     7.  By Stipulation and Order filed October 22, 2007, the
28 parties stipulated to extend to January 28, 2008, the time in

-2-

1  which the United States is required to file a civil complaint for

2  forfeiture against the motorcycle and/or to obtain an indictment

3  alleging that the motorcycle is subject to forfeiture.

4       8.  By Stipulation and Order filed January 14, 2008, the

5  parties stipulated to extend to April 28, 2008, the time in which

6  the United States is required to file a civil complaint for

7  forfeiture against the motorcycle and/or to obtain an indictment

8  alleging that the motorcycle is subject to forfeiture.

9       9.  By Stipulation and Order filed April 16, 2008, the

10 parties stipulated to extend to July 28, 2008, the time in which

11 the United States is required to file a civil complaint for

12 forfeiture against the motorcycle and/or to obtain an indictment

13 alleging that the motorcycle is subject to forfeiture.

14      10.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties

15 wish by agreement to further extend to October 27, 2008, the time

16 in which the United States is required to file a civil complaint

17 for forfeiture against the motorcycle and/or to obtain an

18 indictment alleging that the motorcycle is subject to forfeiture.

19      11.  Accordingly, the parties agree that the deadline by

20 which the United States shall be required to file a complaint for

21 forfeiture against the motorcycle and/or to obtain an indictment

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-3-

1    alleging that the motorcycle is subject to forfeiture shall be

2    extended to October 27, 2008.

3                                      McGREGOR W. SCOTT
                                       United States Attorney
4

5

6    DATE: 7/23/08                     /s/ Anne E. Pings
                                       ANNE E. PINGS
7                                      Assistant U.S. Attorney

8

9

10   DATE: 7/21/08                     /s/ Colin L. Cooper
                                       COLIN L. COOPER
11                                     Attorney for Claimant Summerfield

12                                     (Original signature retained by
                                       Attorney)
13

14        **IT IS SO ORDERED.**

15   Dated:   July 23, 2008

16

17   _____
     GARLAND E. BURRELL, JR.
18   United States District Judge

19

20

21

22

23

24

25

26

27

28

                                    -4-