McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00468-GEB-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| 2003 HARLEY DAVIDSON | ) | TIME FOR FILING A COMPLAINT FOR |
| MOTORCYCLE, VIN: | ) | FORFEITURE AND/OR TO OBTAIN AN |
| 1HD1DJV503Y615641, | ) | INDICTMENT ALLEGING FORFEITURE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the United States of America and claimant Daryl Summerfield ("claimant"), by and through their respective attorneys, as follows:

1.  On or about December 18, 2006, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the 2003 HARLEY DAVIDSON MOTORCYCLE, VIN: 1HD1DJV503Y615641 (the "motorcycle"), which was seized on or about October 5, 2006.

2.  The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to

file a claim to the motorcycle under 18 U.S.C. § 983(a)(2)(A)-(E),
and no person other than the claimant has filed a claim to the
motorcycle as required by law in the administrative forfeiture
proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
required to file a complaint for forfeiture against the motorcycle
and/or to obtain an indictment alleging that the motorcycle is
subject to forfeiture within 90 days after a claim has been filed
in the administrative forfeiture proceedings, unless the court
extends the deadline for good cause shown or by agreement of the
parties.

4.   By Stipulation and Order filed March 12, 2007, the
parties stipulated to extend to May 31, 2007, the time in which
the United States is required to file a civil complaint for
forfeiture against the motorcycle and/or to obtain an indictment
alleging that the motorcycle is subject to forfeiture.

5.   By Stipulation and Order filed May 18, 2007, the parties
stipulated to extend to July 31, 2007, the time in which the
United States is required to file a civil complaint for forfeiture
against the motorcycle and/or to obtain an indictment alleging
that the motorcycle is subject to forfeiture.

6.   By Stipulation and Order filed July 12, 2007, the parties
stipulated to extend to October 29, 2007, the time in which the
United States is required to file a civil complaint for forfeiture
against the motorcycle and/or to obtain an indictment alleging
that the motorcycle is subject to forfeiture.

7.   By Stipulation and Order filed October 22, 2007, the
parties stipulated to extend to January 28, 2008, the time in

1  which the United States is required to file a civil complaint for
2  forfeiture against the motorcycle and/or to obtain an indictment
3  alleging that the motorcycle is subject to forfeiture.

4      8.  By Stipulation and Order filed January 14, 2008, the
5  parties stipulated to extend to April 28, 2008, the time in which
6  the United States is required to file a civil complaint for
7  forfeiture against the motorcycle and/or to obtain an indictment
8  alleging that the motorcycle is subject to forfeiture.

9      9.  By Stipulation and Order filed April 16, 2008, the
10  parties stipulated to extend to July 28, 2008, the time in which
11  the United States is required to file a civil complaint for
12  forfeiture against the motorcycle and/or to obtain an indictment
13  alleging that the motorcycle is subject to forfeiture.

14      10.  By Stipulation and Order filed July 24, 2008, the
15  parties stipulated to extend to October 27, 2008, the time in
16  which the United States is required to file a civil complaint for
17  forfeiture against the motorcycle and/or to obtain an indictment
18  alleging that the motorcycle is subject to forfeiture.

19      11.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties
20  wish by agreement to further extend to January 26, 2009, the time
21  in which the United States is required to file a civil complaint
22  for forfeiture against the motorcycle and/or to obtain an
23  indictment alleging that the motorcycle is subject to forfeiture.

24      12.  Accordingly, the parties agree that the deadline by
25  which the United States shall be required to file a complaint for
26  forfeiture against the motorcycle and/or to obtain an indictment
27  ///
28  ///

-3-

1   alleging that the motorcycle is subject to forfeiture shall be

2   extended to January 26, 2009.

McGREGOR W. SCOTT
United States Attorney

DATE: 10/8/08                    /s/ Anne E. Pings
                                 ANNE E. PINGS
                                 Assistant U.S. Attorney

DATE: 10/7/08                    /s/ Colin L. Cooper
                                 COLIN L. COOPER
                                 Attorney for Claimant Summerfield

                                 (Original signature retained by
                                 Attorney)

        **IT IS SO ORDERED.**

Dated:   October 8, 2008

GARLAND E. BURRELL, JR.
United States District Judge

-4-