1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )    2:07-CV-00468-GEB-EFB
                                     )
10              Plaintiff,           )
                                     )
11       v.                          )
                                     )    STIPULATION AND ORDER EXTENDING
12  2003 HARLEY DAVIDSON             )    TIME FOR FILING A COMPLAINT FOR
    MOTORCYCLE, VIN:                 )    FORFEITURE AND/OR TO OBTAIN AN
13  1HD1DJV503Y615641,               )    INDICTMENT ALLEGING FORFEITURE
                                     )
14              Defendant.           )
                                     )
15  _____ )

16       It is hereby stipulated by and between the United States of

17  America and claimant Daryl Summerfield ("claimant"), by and

18  through their respective attorneys, as follows:

19       1.  On or about December 18, 2006, claimant filed a claim, in

20  the administrative forfeiture proceedings, with the Internal

21  Revenue Service with respect to the 2003 Harley Davidson

22  Motorcycle, VIN: 1HD1DJV503Y615641 (the "motorcycle"), which was

23  seized on or about October 5, 2006.

24       2.  The Internal Revenue Service has sent the written notice

25  of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all

26  known interested parties.  The time has expired for any person to

27  file a claim to the motorcycle under 18 U.S.C. § 983(a)(2)(A)-(E),

28  and no person other than the claimant has filed a claim to the

motorcycle as required by law in the administrative forfeiture
proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
required to file a complaint for forfeiture against the motorcycle
and/or to obtain an indictment alleging that the motorcycle is
subject to forfeiture within 90 days after a claim has been filed
in the administrative forfeiture proceedings, unless the court
extends the deadline for good cause shown or by agreement of the
parties.

4.   By Stipulation and Order filed March 12, 2007, the
parties stipulated to extend to May 31, 2007, the time in which
the United States is required to file a civil complaint for
forfeiture against the motorcycle and/or to obtain an indictment
alleging that the motorcycle is subject to forfeiture.

5.   By Stipulation and Order filed May 18, 2007, the parties
stipulated to extend to July 31, 2007, the time in which the
United States is required to file a civil complaint for forfeiture
against the motorcycle and/or to obtain an indictment alleging
that the motorcycle is subject to forfeiture.

6.   By Stipulation and Order filed July 12, 2007, the parties
stipulated to extend to October 29, 2007, the time in which the
United States is required to file a civil complaint for forfeiture
against the motorcycle and/or to obtain an indictment alleging
that the motorcycle is subject to forfeiture.

7.   By Stipulation and Order filed October 22, 2007, the
parties stipulated to extend to January 28, 2008, the time in
which the United States is required to file a civil complaint for
forfeiture against the motorcycle and/or to obtain an indictment

-2-

1  alleging that the motorcycle is subject to forfeiture.

2      8.  By Stipulation and Order filed January 14, 2008, the
3  parties stipulated to extend to April 28, 2008, the time in which
4  the United States is required to file a civil complaint for
5  forfeiture against the motorcycle and/or to obtain an indictment
6  alleging that the motorcycle is subject to forfeiture.

7      9.  By Stipulation and Order filed April 16, 2008, the
8  parties stipulated to extend to July 28, 2008, the time in which
9  the United States is required to file a civil complaint for
10  forfeiture against the motorcycle and/or to obtain an indictment
11  alleging that the motorcycle is subject to forfeiture.

12      10.  By Stipulation and Order filed July 24, 2008, the
13  parties stipulated to extend to October 27, 2008, the time in
14  which the United States is required to file a civil complaint for
15  forfeiture against the motorcycle and/or to obtain an indictment
16  alleging that the motorcycle is subject to forfeiture.

17      11.  By Stipulation and Order filed October 9, 2008, the
18  parties stipulated to extend to January 26, 2009, the time in
19  which the United States is required to file a civil complaint for
20  forfeiture against the motorcycle and/or to obtain an indictment
21  alleging that the motorcycle is subject to forfeiture.

22      12.  By Stipulation and Order filed February 4, 2009, the
23  parties stipulated to extend to April 24, 2009, the time in which
24  the United States is required to file a civil complaint for
25  forfeiture against the motorcycle and/or to obtain an indictment
26  alleging that the motorcycle is subject to forfeiture.

27      13.  By Stipulation and Order filed April 15, 2009, the
28  parties stipulated to extend to July 23, 2009, the time in which

1  the United States is required to file a civil complaint for

2  forfeiture against the motorcycle and/or to obtain an indictment

3  alleging that the motorcycle is subject to forfeiture.

4       14.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties

5  wish by agreement to further extend to October 21, 2009, the time

6  in which the United States is required to file a civil complaint

7  for forfeiture against the motorcycle and/or to obtain an

8  indictment alleging that the motorcycle is subject to forfeiture.

9       15.  Accordingly, the parties agree that the deadline by

10  which the United States shall be required to file a complaint for

11  forfeiture against the motorcycle and/or to obtain an indictment

12  alleging that the motorcycle is subject to forfeiture shall be

13  extended to October 21, 2009.

                              LAWRENCE G. BROWN
                              Acting United States Attorney

DATE: 7/15/09               /s/ Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney


DATE: 7/14/09               /s/ Colin L. Cooper
                              COLIN L. COOPER
                              Attorney for Claimant Summerfield

                              (Original signature retained by
                              attorney)

     **IT IS SO ORDERED.**
Dated:  July 15, 2009



                              GARLAND E. BURRELL, JR.
                              United States District Judge


-4-