1  LAWRENCE G. BROWN
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    2:07-CV-00468-GEB-EFB
                                  )
12            Plaintiff,          )
                                  )
13       v.                       )
                                  )    STIPULATION AND ORDER EXTENDING
14 2003 HARLEY DAVIDSON           )    TIME FOR FILING A COMPLAINT FOR
   MOTORCYCLE, VIN:               )    FORFEITURE AND/OR TO OBTAIN AN
15 1HD1DJV503Y615641,             )    INDICTMENT ALLEGING FORFEITURE
                                  )
16            Defendant.          )
                                  )
17 _____  )

18      It is hereby stipulated by and between the United States of
19 America and claimant Daryl Summerfield ("claimant"), by and
20 through their respective attorneys, as follows:
21      1.   On or about December 18, 2006, claimant filed a claim, in
22 the administrative forfeiture proceedings, with the Internal
23 Revenue Service with respect to the 2003 Harley Davidson
24 Motorcycle, VIN: 1HD1DJV503Y615641 (the "motorcycle"), which was
25 seized on or about October 5, 2006.
26      2.   The Internal Revenue Service has sent the written notice
27 of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all
28 known interested parties.  The time has expired for any person to

1 file a claim to the motorcycle under 18 U.S.C. § 983(a)(2)(A)-(E),
2 and no person other than the claimant has filed a claim to the
3 motorcycle as required by law in the administrative forfeiture
4 proceeding.
5     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
6 required to file a complaint for forfeiture against the motorcycle
7 and/or to obtain an indictment alleging that the motorcycle is
8 subject to forfeiture within 90 days after a claim has been filed
9 in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.
12     4.  By Stipulation and Order filed March 12, 2007, the
13 parties stipulated to extend to May 31, 2007, the time in which
14 the United States is required to file a civil complaint for
15 forfeiture against the motorcycle and/or to obtain an indictment
16 alleging that the motorcycle is subject to forfeiture.
17     5.  By Stipulation and Order filed May 18, 2007, the parties
18 stipulated to extend to July 31, 2007, the time in which the
19 United States is required to file a civil complaint for forfeiture
20 against the motorcycle and/or to obtain an indictment alleging
21 that the motorcycle is subject to forfeiture.
22     6.  By Stipulation and Order filed July 12, 2007, the parties
23 stipulated to extend to October 29, 2007, the time in which the
24 United States is required to file a civil complaint for forfeiture
25 against the motorcycle and/or to obtain an indictment alleging
26 that the motorcycle is subject to forfeiture.
27     7.  By Stipulation and Order filed October 22, 2007, the
28 parties stipulated to extend to January 28, 2008, the time in

which the United States is required to file a civil complaint for forfeiture against the motorcycle and/or to obtain an indictment alleging that the motorcycle is subject to forfeiture.

8.  By Stipulation and Order filed January 14, 2008, the parties stipulated to extend to April 28, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the motorcycle and/or to obtain an indictment alleging that the motorcycle is subject to forfeiture.

9.  By Stipulation and Order filed April 16, 2008, the parties stipulated to extend to July 28, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the motorcycle and/or to obtain an indictment alleging that the motorcycle is subject to forfeiture.

10.  By Stipulation and Order filed July 24, 2008, the parties stipulated to extend to October 27, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the motorcycle and/or to obtain an indictment alleging that the motorcycle is subject to forfeiture.

11.  By Stipulation and Order filed October 9, 2008, the parties stipulated to extend to January 26, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the motorcycle and/or to obtain an indictment alleging that the motorcycle is subject to forfeiture.

12.  By Stipulation and Order filed February 4, 2009, the parties stipulated to extend to April 24, 2009, the time in which the United States is required to file a civil complaint for forfeiture against the motorcycle and/or to obtain an indictment alleging that the motorcycle is subject to forfeiture.

1        13.  By Stipulation and Order filed April 15, 2009, the
2   parties stipulated to extend to July 23, 2009, the time in which
3   the United States is required to file a civil complaint for
4   forfeiture against the motorcycle and/or to obtain an indictment
5   alleging that the motorcycle is subject to forfeiture.
6        14.  By Stipulation and Order filed July 16, 2009, the
7   parties stipulated to extend to October 21, 2009, the time in
8   which the United States is required to file a civil complaint for
9   forfeiture against the motorcycle and/or to obtain an indictment
10  alleging that the motorcycle is subject to forfeiture.
11       15.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties
12  wish by agreement to further extend to January 19, 2010, the time
13  in which the United States is required to file a civil complaint
14  for forfeiture against the motorcycle and/or to obtain an
15  indictment alleging that the motorcycle is subject to forfeiture.
16       16.  Accordingly, the parties agree that the deadline by
17  which the United States shall be required to file a complaint for
18  forfeiture against the motorcycle and/or to obtain an indictment
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  alleging that the motorcycle is subject to forfeiture shall be
2  extended to January 19, 2010.

3                                    LAWRENCE G. BROWN
                                     United States Attorney
4

5  DATE: 10/14/09                    /s/ Jason Hitt
                                     JASON HITT
6                                    Assistant U.S. Attorney

7

8

9  DATE: 10/8/09                     /s/ Colin L. Cooper
                                     COLIN L. COOPER
10                                   Attorney for Claimant Summerfield

11                                   (Original signature retained by
                                     attorney)
12

13      **IT IS SO ORDERED.**

14  Dated:   October 16, 2009

15

16                                   _____
                                     GARLAND E. BURRELL, JR.
17                                   United States District Judge

-5-